IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM GLEN PATE, JR.**                                                                              **PETITIONER**

v.                                        NO. 4:24-cv-00363-JM

**DEXTER PAYNE**                                                                                                **RESPONDENT**

<u>ORDER</u>

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. The time to file objections has passed. While Mr. Pate did not file objections, he did file a document stating that he wants to appeal "this decision" but requesting that an attorney be appointed to represent him. (Doc. No. 23). The Court assumes the decision he wants to appeal is the Findings and Recommendation submitted by Magistrate Judge Harris. (Doc. 20).

After a careful review of the findings and recommendation and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner William Glen Pate, Jr., ("Pate") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Pate cannot make a "substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. 2253(c)(2).

Dated this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE