IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM GLEN PATE, JR.**                                                                       **PETITIONER**

v.                              NO. 4:24-cv-00363-JM

**DEXTER PAYNE**                                                                                  **RESPONDENT**

<u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE